JOHN L. STARK, Appellant, *v.* HOWE SOUND COMPANY, INC., et al., Respondents.

Argued February 28, 1939; decided April 4, 1939.

*Gaylord Riggs* for appellant.

*Albert C. Bickford* and *Gunnar Fromen* for respondents.

Judgment affirmed, with costs; no opinion. (See 280 N. Y. 837.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.